Harvey M. Moore, Bar No. 101128
Sheila Shahriyarpour, Bar No. 267380
The Moore Law Group
A Professional Corporation
P.O. Box 25145
Santa Ana, CA 92799-5145
Telephone: (800) 506-2652
Fax: (714) 431-2047
sheila@collectmoore.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO: 2:15-CV-00482 |
|---|---|
| Plaintiff, | |
| v. | CERTIFICATION RE INTERESTED PARTIES |
| KYLE P. GORDON AKA KYLE GORDON | |
| Defendant. | |

TO THE COURT:

The undersigned, counsel for Plaintiff, UNITED STATES OF AMERICA, certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal: Plaintiff, UNITED STATES OF AMERICA; and Defendant, KYLE P. GORDON AKA KYLE GORDON

Dated: 1/20/15

The Moore Law Group, APC

By: _____
Sheila Shahriyarpour
Attorneys for Plaintiff